IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:19-cr-00334 |
| | ) | |
| vs. | ) | |
| | ) | |
| JINGYUAN LI, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Comes now the Defendant, Jingyuan Li, by and through counsel, and respectfully moves the Court to allow counsel, Douglas A. Ramseur, to withdraw from this matter. In support of this motion, the Defendant states the following:

1. Douglas Ramseur was retained to serve as local counsel for Elon Berk who was appearing Pro Hac Vice on behalf of Defendant, Jingyuan Li. ECF 178, 179 & 180.

2. The Defendant has subsequently retained the services of Pleasant Brodnax and Mr. Brodnax has substituted in as counsel for Elon Berk. ECF 348 & 349.

3. Mr. Brodnax does not require local counsel and Mr. Ramseur has not been retained to continue to serve as counsel in this matter.

Wherefore, Douglas A. Ramseur moves the Court to allow him to withdraw from this matter.

Respectfully submitted, via ECF, this 28th day of October 2021.

By Counsel:

*s/Douglas A. Ramseur*
DOUGLAS A. RAMSEUR

1

>Va. State Bar No. 40275
>The Ram Law Firm PLLC
>530 E. Main Street, Suite 608
>Richmond, VA 23219
>Tel: (804)404-2654
>Fax: (804)597-6306
>Email: ram@theramfirm.com
>Attorney for Jingyuan Li

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of October, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

>*s/Douglas A. Ramseur*
>DOUGLAS A. RAMSEUR
>Va. State Bar No. 40275
>The Ram Law Firm PLLC
>530 E. Main Street, Suite 608
>Richmond, VA 23219
>Tel: (804)404-2654
>Fax: (804)597-6306
>Email: ram@theramfirm.com