AO 442 (Rev. 11/11) Arrest Warrant

1101 6700

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JIANXIANG CHEN, | ) | Case No.  1:19-CR-334 |
| a/k/a "John Chen," "John," "Big Brother Heng," "Hanguo," | ) | |
| | ) | Under Seal |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   JIANXIANG CHEN,   a/k/a "John Chen," "John," "Big Brother Heng," "Hanguo,"

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 21 U.S.C. §§ 841 & 846      Consp. to Dist. 5 Kilograms or more of Cocaine

Count 2: 21 U.S.C. §§§ 959, 960, 963   Consp. to Dist. 5 Kilograms or more of Cocaine, Knowing and Intending it will be Unlawfully Imported into the United States

Count 3: 18 U.S.C. §1956(h)      Consp. to Commit Money Laundering

Date: 11/7/2019

_Issuing officer's signature_

City and state: Alexandria, Virginia      L. Creek - Deputy Clerk
_Printed name and title_

---

### Return

This warrant was received on (date) 11/7/2019, and the person was arrested on (date) 2/21/23
at (city and state) Sterling, VA, USA.

Date: 2/21/23

_Arresting officer's signature_

SA Peter W. Maher, DEA
_Printed name and title_